# United States Court of Appeals for the Federal Circuit

ERRATA

October 1, 2009

Appeal Nos. 2009-1027, -1028, KARA TECHNOLOGY v. STAMPS.COM

Precedential Opinion

Decided: September 24, 2009

Please correct the following:

On page 16, Footnote 3, delete "2008" within the parenthetical portion of the first case citation and insert -- 2005 --